| Home | Products & Technology | About Us | News & Events | Career Opportunities |

**OUR MISSION** is to be a leader in the generic/non-branded pharmaceutical industry by providing high quality, competitively priced products, and unparalleled value-added service.



## ABOUT US

**ETHEX Corporation ... one of the leading multisource pharmaceutical companies in the United States.**

By focusing on the development and marketing of technology-distinguished, multisource drugs, over half of ETHEX products are industry leaders in the multisource-brand market. Our performance and standards in quality, service, and product differentiation have earned us a reputation as a benchmark for the multisource supply chain in the United States today.

As a subsidiary of KV Pharmaceutical Company (KV), many of our products draw upon KV's extensive portfolio of technologies, allowing ETHEX to produce equivalent products in alternative ways that do not infringe upon the proprietary right of branded products. This technology not only aids ETHEX in identifying unique product opportunities but also enables us to rapidly supply lower-cost alternatives with high-quality and extensive dosage-form capabilities.

**ETHEX products are offered in a variety of therapeutic segments:**

- **Cardiovascular**
  Including products for anti-angina, anti-arrhythmia, anti-hypertension, and potassium supplementation, many of ETHEX's cardiovascular products are formulated to allow for once-a-day dosing.

- **Pain Management**
  Our pain management products include several schedule II controlled narcotic drugs.

- **Cough/Cold**
  Using our own proprietary formulation technologies such as FlavorTech® and Meter Release® to help enhance patient compliance, ETHEX's cough/cold product line ranks among the most popular in its class.



ETHEX is committed to identifying and addressing the needs of both the pharmacist and the patient by offering technology-distinguished, multisource pharmaceutical products.



ETHEX has a strong tradition of bringing to the market those products that are difficult to replicate.

With traditions in both selling hard-to-replicate products and marketing products overlooked by other multisource companies, ETHEX has excelled in providing cost-effective, quality pharmaceutical alternatives. Regionally and nationally, our team meets the needs of wholesalers, distributors, drugstore chains, hospital and independent pharmacies, long-term care facilities, and mail-order firms through our diverse platform of products and patient educational support. These client relationships are further enhanced by top-notch customer relations and administrative and executive interface at all levels.

By leveraging our core technological, marketing, and service competencies, ETHEX is committed to offering the products that people need and want.

Exhibit A



Our taste-masking technologies shield the poor taste of certain drug compounds.

Home   Search   Glossary   Contact Us   Site Map   eCommerce   Legal/Privacy   Compliance Program

©2010 ETHEX Corporation. All Rights Reserved.

| Home | Products & Technology | About Us | News & Events | Career Opportunities |

**Advancing multisource product lines & promoting patient compliance**

ETHEX CORPORATION

> OTHER

**ETHEX offers a variety of other multisource pharmaceutial products to meet the varying needs of millions of patients who prefer quality, multisource alternatives to full-priced brands.**

**Product Search**

PRODUCT NAME:
Select

COMPARE TO:
Select

> SEARCH

- New Products
- Cardiovascular
- Pain Management
- Women's Health Care
- Cough/Cold & Allergy
- Gastrointestinal
- Dermatology
- Digestive Enzymes
- Antianxiety
- Dental
- **Other**
  - Carbidopa and Levodopa Extended-Release Tablets, 50mg/200mg
  - ComBgen™ Tablets
  - Conison™ Capsules
  - Dextroamphetamine Sulfate Tablets, 5mg
  - Dextroamphetamine Sulfate Tablets, 10mg
  - Nystatin Topical Powder, 15gm
  - Nystatin Topical Powder, 30gm
  - Nystatin Topical Powder, 60gm
- FAQs
- Sales Information
- eCommerce
- KV Pharmaceutical Technology

Home  Search  Glossary  Contact Us  Site Map  eCommerce  Legal/Privacy  Compliance Program

©2006 ETHEX Corporation. All Rights Reserved.

| Home | Products & Technology | About Us | News & Events | Career Opportunities |

Advancing multisource product lines & promoting patient compliance



**New Products**
**Cardiovascular**
**Pain Management**

### PAIN MANAGEMENT



ETHEX markets a range of pain management products, including many schedule II controlled narcotic pharmaceuticals such as morphine, oxycodone and hydromorphone.

Within the pain management family, ETHEX offers Morphine Sulfate Concentrated Oral Solution 20 mg/1 mL and ETH-Oxydose (oxycodone HCl) Oral Solution 20 mg/1 mL in InveAmp™ unit dose ampoules. InveAmp™ provides a more precise way to dispense these concentrated narcotic solutions.

In 2006, ETHEX introduced the first and only FDA approved Oxycodone HCl 5 mg Tablets and Hydromorphone HCl 2 and 4 mg Tablets. When you choose ETHEX Oxycodone 5 mg Tablets and ETHEX Hydromorphone 2 and 4 mg Tablets, you'll have confidence knowing you've chosen the only Oxycodone 5 mg Tablet and the only Hydromorphone 2 and 4 mg Tablets that are FDA approved as meeting federal standards for safety, efficacy and product quality.

**Product Search**

PRODUCT NAME:
[ Select ]

COMPARE TO:
[ Select ]

> SEARCH

- Enteric Coated Naproxen 375mg Tablets 100's
- Enteric Coated Naproxen 500mg Tablets 100's
- ETH-Oxydose™ Oral Concentrate 20mg/1mL Solution 30mL, CII
- ETH-Oxydose™ Oral Concentrate 20mg/1mL Solution 30x1mL UD InveAmp™, CII
- Hydrocodone Bitartrate & Acetaminophen Oral Solution 16oz, CIII
- Hydromorphone HCl 2mg Tablets 100's, CII
- Hydromorphone HCl 2mg Tablets 10x10UD, CII
- Hydromorphone HCl 4mg Tablets 100's, CII
- Hydromorphone HCl 4mg Tablets 10x10UD, CII
- Hydromorphone HCl 8mg Tablets 100's, CII
- Ketorolac Tromethamine 10mg Tablets 100's
- Meperidine HCl & Promethazine HCl 50mg/25mg Capsules 100's, CII
- Morphine Sulfate Concentrated Oral 20mg/1mL Solution 30mL, CII
- Morphine Sulfate Concentrated Oral 20mg/1mL Solution 120mL, CII
- Morphine Sulfate Concentrated Oral 20mg/1mL Solution 240mL, CII
- Morphine Sulfate Concentrated Oral 20mg/1mL Solution 30x1mL InveAmp™ UD, CII
- Morphine Sulfate Extended-Release 15mg Tablets 100's, CII
- Morphine Sulfate Extended-Release 30mg

| | |
|---|---|
| • | Tablets 100's, CII |
| • | Morphine Sulfate Extended-Release 60mg Tablets 100's, CII |
| • | Morphine Sulfate Immediate-Release 15mg Tablets 100's, CII |
| • | Morphine Sulfate Immediate-Release 30mg Tablets 100's, CII |
| • | Oxycodone HCl 5mg Capsules 100's, CII |
| • | Oxycodone HCl 5mg Capsules 10x10UD, CII |
| • | Oxycodone HCl 5mg Tablets 100's, CII |
| • | Oxycodone HCl 5mg Tablets 10x10UD, CII |
| • | Oxycodone HCl 15mg Tablets 100's, CII |
| • | Oxycodone HCl 30mg Tablets 100's, CII |

- Women's Health Care
- Cough/Cold & Allergy
- Gastrointestinal
- Dermatology
- Digestive Enzymes
- Antianxiety
- Dental
- Other
- FAQs
- Sales Information
- eCommerce
- KV Pharmaceutical Technology

Home   Search   Glossary   Contact Us   Site Map   eCommerce   Legal/Privacy   Compliance Program

©2006 ETHEX Corporation. All Rights Reserved.

| ⌂ | Investing in KV | Technology & Products | About Us | The KV Family | News Center | Career Opportunities |

## News releases...recent coverage...and our virtual press kit.

- COMPANY FACT SHEET
- PRESS RELEASE ARCHIVE
- KV & WOMEN'S HEALTH ISSUES
- MEDIA CONTACTS

### ▸ COMPANY FACT SHEET

**Who We Are**
KV Pharmaceutical Company is a leader in developing proprietary products using advanced drug delivery technologies. The company develops, manufactures and markets specialty pharmaceutical products through three wholly owned businesses: Ther-Rx Corporation (branded), ETHEX Corporation (generic and non-branded), and Particle Dynamics, Inc. (value-added, specialty ingredient products).

**Our Success**
In the past five years, KV's revenues have doubled. KV achieved more than $367.6 million in revenue in fiscal 2006.

KV was ranked 117th by *Forbes'* listing of "America's 200 Best Small Companies" (November 1, 2004).

**Our Technology**
KV offers 15 drug delivery technologies, used in most of the company's over 130 generic and non-branded products and 14 branded products.

The company's proprietary drug delivery technologies include: SITE RELEASE® (adheres a drug to a specific body tissue for an extended period of time, increasing the drug's effectiveness), Tastemasking (improves the taste of liquid, chewable, and dry powder medications), Quick-Dissolving Tablets (dissolves in the mouth in seconds while masking the taste of bitter drugs), and Oral Extended/Delayed Release (releases nutrients or medications steadily into the body throughout the day, available in tablets, capsules and caplets).

**Ther-Rx Corporation**
KV's Ther-Rx division markets branded prescription pharmaceutical products. Ther-Rx products currently participate in the anti-infective, prenatal, oral hematinic and cardiovascular therapeutic areas. Today, Ther-Rx offers 14 products, 9 of which were internally developed and 5 acquired and reformulated using KV's proprietary drug delivery technology and/or proprietary ingredients.

By achieving more than $145.4 million in revenues in fiscal year 2006, Ther-Rx continues to be a profitable and growing part of KV's operations. KV expects Ther-Rx to be the driving force behind the company's continued growth and expansion.

**ETHEX Corporation**
ETHEX Corporation, KV's generic and non-branded pharmaceutical division, offers more than 130 products in four major categories — cardiovascular, women's health, pain management, and respiratory/cough/cold. Today, approximately 83% of these products are ranked #1 or #2 in their respective generic categories by units sold.

Because ETHEX's products use KV's drug delivery technologies, the division operates with 55 percent average gross margins (compared to an industry average of approximately 45 percent). ETHEX reported net sales of $203.8 million for fiscal 2006.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Particle Dynamics, Inc.**
Particle Dynamics, Inc. develops and markets technically advanced, value-added specialty ingredient products to the pharmaceutical, nutritional, and personal care industries. Particle Dynamics reported revenues of $17.0 million for fiscal 2006.

Search   Glossary   Contact Us   Site Map   Legal/Privacy

The KV Family of Companies:   Ther-Rx Corporation   ETHEX Corporation