## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS 66214<br>(913) 752-2100  Fax:(913) 752-2111 | 04/09/2007 - 04/20/2007 |
| | FEI NUMBER |
| | 1937079 |

KV Pharmaceuticals Co., Inc.
Westport facility, FEI: 1937079
Maryland Heights, MO 63146
ID 04/09-20/07 SKT
Attachment

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO: Eric D. Moyerman, President

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Maryland Heights, MO 63146-3411 | Non-Sterile Human Prescription/OTC Drug Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

**DURING AN INSPECTION OF YOUR FIRM I OBSERVED:**

Observations cover inspections at the following firms inspected from 04/09 - 20/2007:

1. **KV Pharmaceuticals Company, Inc.**
   **Westport facility - FEI: 1937079**
   2303 Schuetz Road
   Maryland Heights, MO 63146
   FEI: 1937079

2. **KV Pharmaceuticals Company, Inc.**
   **EC IV facility - FEI: 3004839832**
   #1 Corporate Woods Drive
   Bridgeton, MO 63044
   FEI: 3004839832

3. **KV Pharmaceuticals Company, Inc.**
   **EC I - QC laboratory - FEI: 3003266206**
   13622 Lakefront Drive
   Bridgeton, MO 63044
   FEI: 3003266206

4. **KV Pharmaceuticals Company, Inc.**
   **Metro II - Analytical R & D laboratory, FEI: 3002946714**
   10858 Metro Court
   Maryland Heights, MO 63043
   FEI: 3002946714

## Laboratory Systems

### OBSERVATION 1

The suitability of all testing methods is not verified under actual conditions of use.

Specifically, the test method validation for assay of related compounds for Oxycodone HCl ER tablets failed to include the full linearity range including ▓▓▓▓ for all product strengths (i.e. 10, 20, 30, 40, 60. and 80 mg tablets). The firm's specification for individual unknown impurities is NMT ▓▓▓. Linearity was not conducted to elicit test results which are directly proportional to the concentration of analyte in the sample within this concentration range.

| SEE REVERSE OF THIS PAGE | | DATE ISSUED |
|---|---|---|
| | *Sharon K. Thoma* | 04/20/2007 |
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE    INSPECTIONAL OBSERVATIONS | PAGE 1 OF 5 PAGES |

Exhibit C

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | 04/09/2007 - 04/20/2007 |
| | FEI NUMBER |
| | 1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:** Eric D. Moyerman, President

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Maryland Heights, MO  63146-3411 | Non-Sterile Human Prescription/OTC Drug Manufacturer |

---

## OBSERVATION 2

Established test procedures are not followed.

Specifically, the Assay test method #1-1525 for Benzonatate Softgel Capsules, 100 and 200 mg:

a.  Is not clear if the mobile phase to be used is ▭▭▭▭▭▭▭▭▭▭▭▭▭▭ ▭▭ should be used for pH adjustment.

b.  The transfer of the assay test method for Benzonatate from Metro II (Analytical R & D Laboratory) to EC I (QC laboratory) lacked documentation that the proper test method was followed at EC I in that the initial tranfer of the method documents use of ▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭. Raw data reads that a fresh mobile phase (as written) will be made, again using ▭▭▭▭. System suitability was not met both times. Next the EC I lab used ▭▭▭▭▭▭▭▭ for the mobile phase with system suitability met.  A suggestion was written to use ▭▭▭▭▭▭▭▭▭ for pH adjustment and ▭▭▭▭▭▭▭▭▭▭▭▭▭▭ water mobile phase).

c.  Metro II lab - Precision Day 1 for Benzonatate 100 and 200 mg Assay (notebook 2722) does <u>not</u> indicate use of ▭▭ ▭▭▭▭ for the mobile phase and documents use of ▭▭▭▭▭ for pH adjustment.

d.  Metro II lab - Precision Day 2 for  Benzonatate 200 mg Assay (notebook 2754) reads ▭▭▭ ▭▭▭▭ used for the mobile phase with final pH adjustment also using ▭▭▭▭▭▭▭▭▭▭

---

## OBSERVATION 3

The establishment of test procedures including any changes thereto, are not reviewed and approved by the quality control unit.

Specifically, Benzonatate test method was initally written (01/10/05) after completion of Benzonatate test method validation (12/10/04).  In addition, the raw data notebook 2722 does not indicate the test method followed.

---

## OBSERVATION 4

Procedures designed to prevent objectionable microorganisms in drug products not required to be sterile are not established.

Specifically, no positive controls are used during microbial limits testing to confirm the media supports growth at the time of testing.

**Facilities and Equipment System**

---

| **SEE REVERSE OF THIS PAGE** | | DATE ISSUED |
|---|---|---|
| | _Al_ | 04/20/2007 |

FORM FDA 483 (04/03)      PREVIOUS EDITION OBSOLETE      **INSPECTIONAL OBSERVATIONS**      PAGE 2 OF 5 PAGES

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | 04/09/2007 - 04/20/2007 |
| | FEI NUMBER |
| | 1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Eric D. Moyerman, President

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Maryland Heights, MO  63146-3411 | Non-Sterile Human Prescription/OTC Drug Manufacturer |

**FDA EMPLOYEE'S NAME, TITLE, AND SIGNATURE:**

Sharon K Thoma, Investigator/PharmD

| SEE REVERSE OF THIS PAGE | | DATE ISSUED |
|---|---|---|
| | | 04/20/2007 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS 66214<br>(913) 752-2100  Fax:(913) 752-2111 | 01/30/2008 - 03/26/2008*<br>FEI NUMBER<br>1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO: Jay S. Sawardeker, PhD, Vice-President, Corporate Quality Assurance/Quality Control

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO 63146-3411 | Human Drug Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

DURING AN INSPECTION OF YOUR FIRM WE OBSERVED:

Observations cover inspections at the following firms inspected from 01/30/08 - 3/26/08:

KV Pharmaceutical Company
Westport facility
2303 Schuetz Road
Maryland Heights, MO 63146
FEI: 1937079

KV Pharmaceutical Company
EC IV
#1 Corporate Woods Drive
Earth City (Bridgeton), MO 63044
FEI: 3004839832

KV Pharmaceutical Company
EC I - QC Laboratory/Complaints
13622 Lakefront Drive
Earth City (Bridgeton) MO 63044
FEI: 3003266206

KV Pharmaceutical Company
Litzinger facility
8046-8050 Litzinger
St. Louis, MO 63144
FEI: 1922566

KV Pharmaceutical Company
EC II - (Logistics) Warehouse
3100 Corporate Exchange Court
Bridgeton, MO 63044
FEI: 3004660278

Particle Dynamics Inc.
2629 Hanley Road
St. Louis, MO 63144
FEI: 1000117040

KV Pharmaceutical Company
EC III
13910 St. Charles Rock Road
Bridgeton, MO 63044
FEI: 1922352

Particle Dynamics Inc.
821 Hanley Industrial Court
St. Louis (Brentwood), MO 63144
FEI: 1938000

*signatures:* The green (Larry Williams), Investigator
Emily V. Butler, Investigator
Shannon R. Hadler, Investigator
Keith B. [illegible] Investigator

SEE REVERSE
OF THIS PAGE

| | DATE ISSUED |
|---|---|
| | 03/26/2008 |

FORM FDA 483 (04/00)     PREVIOUS EDITION OBSOLETE     INSPECTIONAL OBSERVATIONS     PAGE 1 OF 9 PAGES

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100   Fax:(913) 752-2111 | 01/30/2008 - 03/26/2008*<br>FEI NUMBER<br>1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Jay S. Sawardeker, PhD, Vice-President, Corporate Quality
Assurance/Quality Control

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Human Drug Manufacturer |

## OBSERVATION 1

Examination of packaging and labeling materials for suitability and correctness before packaging operations is not performed and not documented in the batch production records.

Specifically, the primary packaging material (ampoules) used to package Morphine Sulfate Concentrated Oral Solution InveAmp products (5mg/0.25 mL, 10 mg/0.50 mL and 20 mg/1mL) is not examined for it's ability to deliver the dosage of product stated on the products labels and labeling.

In addition, there are no specifications, standards, and sampling plans established to assess the quality characteristics of the primary packaging components (ampoules) ability to perform the task of delivering the dosage amount stated on the product's labels and labeling.

## OBSERVATION 2

Deviations from written production and process control procedures are not recorded and justified.

For Morphine Sulfate Extended Release Tablets, 15 mg product, there is no approved validation/qualification protocol written to conduct Validation/Qualification activities and/or manufacture this product using the [redacted] Press as this product has only been validated using the [redacted] Press.

Listed below are batches of Morphine Sulfate ER, 15 mg which you used the [redacted] press during compression:
1. Morphine Sulfate ER Tablets, 15 mg, lot no. 83046
2. Morphine Sulfate ER Tablets, 15 mg, lot no. 76214 - Distributed
3. Morphine Sulfate ER Tablets, 15 mg, lot no. 71573 - Distributed

Your SOP no. 211.100.02 "Deviation Documentation" was not followed for compression activities conducted on Morphine Sulfate ER Tablets, 15 mg, lot no. 83046.  There was no Quality Unit approval of these manufacturing activities prior to performing these compression tasks as follows:

| Date | PressType/No. |
|---|---|
| 8/5/07 | |
| 9/17/07 | |
| 10/1/07 | |
| 10/16/07 | |

| SEE REVERSE<br>OF THIS PAGE | | DATE ISSUED |
|---|---|---|
| | | 03/26/2008 |

| FORM FDA 483 (04/93) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 2 OF 9 PAGES |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS 66214<br>(913) 752-2100  Fax: (913) 752-2111 | 01/30/2008 - 03/26/2008*<br>FEI NUMBER<br>1937079 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| TO:  Jay S. Sawardeker, PhD, Vice-President, Corporate Quality Assurance/Quality Control |

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Human Drug Manufacturer |

In addition to lot no. 83046, there is no deviation and/or written documentation to support manufacturing the following batches of product on the ▓▓▓▓ Press:

1. Morphine ER 15 mg, lot no. 76214
2. Morphine ER 15 mg, lot no. 71573

## OBSERVATION 3

Written records of investigations into the failure of a batch or any of its components to meet specifications do not always include the conclusions and follow-up.

SOP no. 211.110.16-14 "Material Quarantine and Rejection" was not followed resulting in the release to distribution of product (Doxazosin lot no. 75622) contaminated with metal shavings. You received a complaint on 1/11/2007 and initiated a Field Alert Report on 1/23/2007 regarding this incidence. After investigations and confirming this complaint, there were no follow-up activities.

## OBSERVATION 4

Labeling and packaging materials are not representatively sampled, examined, and tested upon receipt and before use in packaging and labeling of a drug product.

Specifically, the following packaging components are a part your firm's "Certified Supplier Program" per SOP no. 211.94.020-00, which allows for the use of components without an evaluation/examination of finished product packaging components used to package human drug products.

The following components are not examined/evaluated upon receipt and before use for packaging human drug products:

| Component | Item No. | Primary Packaging Components Used For |
|---|---|---|
| 4 oz bottle | ▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
| 16 oz bottle | ▓▓▓▓ | Hydrocodone Bit/APAP, Prednisolone Syrup, Hydro-Tussin XP, Tri-Vent DPC Liquid, Tri-Vent DM Syrup, Hydro-Tussin DHC Syrup, Hydro-Tussin Exp |
| 40 cc bottle | ▓▓▓▓ | Benazapril HCl Tabs, Benzoate S/G Caps, Carbidopal Levodopa |
| 75 cc bottle | ▓▓▓▓ | Metoprolol Tabs, Oxycodone HCl IR Tabs, Felodipine ER Tabs, Oxycodone HCl ER |

| SEE REVERSE OF THIS PAGE | *IW EVE*<br>*SILH KDS* | DATE ISSUED<br>03/26/2008 |
|---|---|---|

| FORM FDA 483 (6/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 3 OF 9 PAGES |

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | 01/30/2008 - 03/26/2008*<br>FEI NUMBER<br>1937079 |

**NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED**

TO:  Jay S. Sawardeker, PhD, Vice-President, Corporate Quality
Assurance/Quality Control

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Human Drug Manufacturer |

|  |  |  |
|---|---|---|
|  |  | Tabs, Bromenex PD ER Caps, Oxycodone Caps, Hyoscyamine Sublingual and Hyoscyamine Tabs, Morphine Sulfate IR Tabs, Isosorbide ER Tabs, Busipirone HCl Tabs, Pangestyne Caps, Propafenone HCl Tabs, Diltiazem HCl ER Caps, Morphine Sulfate ER Tabs, PhenaVent Caps |
| 95 cc bottle |  | Metoprolol ER Tabs, KCl ER 750 mg Caps, Felodipine ER Tabs |
| 100 cc bottle |  | PrimaCare One |
| 150 cc bottle |  | Metoprolol Tabs, Morphine Sulfate ER Tabs, Diltiazem HCl ER Caps, Benzapril HCl Tabs, Hyoscyamine ER Caps, Brominex ER Caps, Pangestyne Caps, Codeine Phos/Guafenesin, Pseudovent PED Caps, Buspirone HCl Tabs, Hista-Vent PSE Tabs, Hoxazosin Tabs, Benzoate S/G Caps |
| 250 cc bottle |  | KCl 750 mg caps, Pseudovent 400 Caps, Diltiazem HCl ER Caps, Cal-Nate Tabs, EtheDent Chewable, Oxycodone, Isosorbide ER Tabs, Niferex Gold Tabs, Pangestyne, NatalCare Tabs, Buspirone HCl Tabs, Doxozasin Tabs |
| 500 cc bottle |  | Metoprolol Tabs 100 mg, Pangestyn EC Caps, KCl ER Tabs, Propafenone HCl Tabs |

## OBSERVATION 5

Written production and process control procedures are not followed in the execution of production and process control functions and documented at the time of performance.

For Hyoscyamine Sulfate ER Tablets, 0.375 mg, lot no. 90014 - Sub-lot F, manufactured at the KV Westport facility on 2/6/08, the operator failed to include the information at the time of completion for step ▓▓▓▓▓▓▓▓▓▓▓ Review of the batch record found the employee working at step ▓ in the process with no information recorded for step ▓ In addition, retrieval of this batch record after it was completed found information recorded in step ▓ without an explanation or accountability of how and when this entry was made.

For Morphine ER 15 mg, lot no. 76214:  the bulk record (pg 19 of 30) shows this batch was compressed on the ▓▓▓ Press on 2/15/07. The ▓▓▓▓ Press Asset # ▓▓▓ log shows this lot of product was compressed on 1/12/07. The ▓▓▓▓▓ log for the time period (2/15/07) does not record this lot of product being compressed.  On another section of the Bulk batch record, pg. 1 of 13 "Manufacturing Weight Checks" Section records this product was compressed on the Press Asset # ▓▓▓ ▓▓▓ on 2/16/07.

| SEE REVERSE OF THIS PAGE | *[signature]* | DATE ISSUED<br>03/26/2008 |
|---|---|---|

| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 4 OF 9 PAGES |
|---|---|---|---|

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | 01/30/2008 - 03/26/2008*<br>FEI NUMBER<br>1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Jay S. Sawardeker, PhD, Vice-President, Corporate Quality Assurance/Quality Control

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Human Drug Manufacturer |

For Morphine ER 15 mg, lot no. 71573: the ████ log sheet shows this lot was compressed using this equipment. The batch record (pg 19/31) shows this batch was compressed on a ████ which was crossed out to include ████. The "Manufacturing Weight Checks" section of this record (page 1/13) states Press no. ███ was used to compress this batch of product.

In addition, SOP no. 211.103.02-19 "Final Batch Record Audit and Product Release" is deficient as it does not include instructions to review processing records (Bulk/Packaging) for accuracy and adequacy for all information recorded.

Also, your SOP no. 700.05-07 "Guidelines for Supplier Audit" is not followed.

**OBSERVATION 6**

Batch production and control records do not include the results of any investigation made into any unexplained discrepancy, whether or not the batch of drug product had already been distributed.

After you received complaints regarding broken applicator tips (a primary packaging component used during the packaging of Clindesse ™ (Clindamyacin Phosphate) Vaginal Cream 2% and Gynazole 1 ® Vaginal Cream, 2% (Butoconazole Nitrate Cream 2.0% ), you did not conduct a safety evaluation regarding the possible health hazards associated with this problem. Both your internal evaluation as well as your contract manufacturer of the applicator tips confirmed problems associated with this packaging component.

Also, after making changes to the diameter of this applicator tip, you failed to document functionality testing, including maintaining raw data, for this packaging component.

In addition, you have not conducted audits of your contract manufacturer of the applicator tip and applicator body's which are primary packaging components used to package Clindesse ™ (Clindamyacin Phosphate) Vaginal Cream 2% and Gynazole 1 ® Vaginal Cream, 2% (Butoconazole Nitrate Cream 2.0%.

| SEE REVERSE<br>OF THIS PAGE | DATE ISSUED<br>03/26/2008 |
|---|---|

| FORM FDA 483 (84/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 5 OF 9 PAGES |
|---|---|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | 01/30/2008 - 03/26/2008*<br>FEI NUMBER<br>1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Jay S. Sawardeker, PhD, Vice-President, Corporate Quality
Assurance/Quality Control

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Human Drug Manufacturer |

**OBSERVATION 7**

An annual report did not include a summary of any changes in labeling that have been made since the last report, listed by date in the order in which they were implemented, or if no changes, a statement of that fact.

The inside diameter of one of the primary packaging components (applicator tip) used to package Clindesse ™ (Clindamycin Phosphate) Vaginal Cream 2% and Gynazole 1 ® Vaginal Cream, 2% (Butoconazole Nitrate Cream 2.0% was modified as a result of complaints received on the applicator tip between 2005-2007.

Your 2007 Annual Reports for these products did not provide a clear explanation of this change as follows:

Clindesse ™ (Clindamycin Phosphate) Vaginal Cream 2% Annual Report, dated 1/17/2007, did not include the New Method (no.         and no information regarding this change.  There has been over     batches of  Clindesse ™ Vaginal Cream 2% manufactured and distributed since your change in the applicator tip was made.

Gynazole 1 ® Vaginal Cream, 2% (Butoconazole Nitrate Cream 2.0%) Annual Report dated, 3/19/2007 included the New Method (no.        , but did not include full information regarding this method, along with detailed information regarding the modified diameter in the applicator tip.  There have been over    batches of Gynazole 1 ® Vaginal Cream manufactured and distributed since your change in the applicator tip was made.

**OBSERVATION 8**

Written procedures are not followed for the cleaning and maintenance of equipment, including utensils, used in the manufacture, processing, packing or holding of a drug product.

Cleaning:
Your SOP no. 211.67.70-26, "General Cleaning, Sanitizing, and Maintenance Recording Procedures for Equipment & Utensils" does not include instructions to record start and stop times for cleaning, sanitizing and rinsing activities.  Also, the Quality Unit is not conducting their inspection of these activities according to section 3.4 of this SOP as they are not verifying the start and stop times for these activities.

Your cleaning records for the following pieces of equipment were found to be deficient as it they do not

| SEE REVERSE<br>OF THIS PAGE | *AW  EVB*<br>*SKH KFS* | DATE ISSUED<br>03/26/2008 |
|---|---|---|

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | 01/30/2008 - 03/26/2008*<br>**FEI NUMBER**<br>1937079 |

**NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED**
TO:  Jay S. Sawardeker, PhD, Vice-President, Corporate Quality Assurance/Quality Control

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| **CITY, STATE, ZIP CODE, COUNTRY**<br>Saint Louis, MO  63146-3411 | **TYPE ESTABLISHMENT INSPECTED**<br>Human Drug Manufacturer |

include the following:

Westport Facility
a. Stainless Steel ▓▓▓▓▓ tank asset▓▓▓▓▓    B-8. Pre-rinse  start and stop time▓▓▓▓ minutes); step B-10, Pre-rinse start and stop time (min▓▓▓▓▓); step▓▓▓▓▓ (min of▓ minutes) - equipment used to manufacture the API Butoconazole Nitrate used in Gynazole-1® (NDA# 19-881) and Clindamycin Phosphate 2.0% used  Clindesse™ (NDA #50-793) Vaginal Cream products.
 b▓▓▓ Sieve, asset no. ▓▓▓▓▓▓▓, did not record the Sanitize for min of▓▓▓▓. time;  used during the manufacturing of Potassium Chloride, Luride 0.25 mg, Repliva Tablets, Diltiazem, Morphine Sulfate, Hydromorphine HCl, Oxycodone, Nitro Tabs, Isosorbide ER, Niferex, Prenatal Rx, Doxazosin, Luride, Propafenone HCl, and Metoprolol ER.
c▓▓▓▓ Kettle, Asset #▓▓▓▓▓ Sanitize for a min.▓▓▓▓ Step ▓▓▓. ▓▓▓▓▓ Rinse for  a min. of▓▓▓▓; step▓ Sanitize for a min.▓▓▓▓.; Step ▓▓▓▓▓ - Equipment used to manufacture Clindamycin and Butoconazole (Gynazole).

Litzinger Facility
SOP no. 211.67-.20-8▓▓▓▓▓▓▓ Cleaning Procedure" is not followed for as the start/stop times for the following steps are no recorded:

1. Step▓▓▓ Apply a▓▓▓▓▓ cleaning agent, which must contact the equipment surfaces for▓▓▓
2. Step▓▓, Clean with a▓▓▓▓▓▓ which must contact the equipment surface for▓▓▓▓
3. Step▓▓▓▓
4. Step▓▓▓ Apply a▓▓▓▓▓▓▓, which must contact the equipment surfaces for▓▓▓

This SOP guides the use of the following equipment where cleaning/sanitizing/and rinsing start and stop times are not recorded:
a. ▓▓▓▓▓▓▓▓, used during the manufacturing process for Diltiazem ER and Metoprolol ER
b. ▓▓▓▓▓▓▓ Insert used during the manufacturing process for Metoprol IR Pellets, Potassium Chloride ER Granulation and Metoprolol IR Pellets
c. ▓▓▓▓▓▓▓ used during the manufacturing process for Metoprolol IR Beads.

Maintenance:

| SEE REVERSE OF THIS PAGE | *AN   GVB*<br>*S.H  KBS* | DATE ISSUED<br>03/26/2008 |
|---|---|---|

FORM FDA 483 (04/03)     PREVIOUS EDITION OBSOLETE     INSPECTIONAL OBSERVATIONS     PAGE 7 OF 9 PAGES

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS 66214<br>(913) 752-2100  Fax:(913) 752-2111 | 01/30/2008 - 03/26/2008*<br>FEI NUMBER<br>1937079 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| TO:  Jay S. Sawardeker, PhD, Vice-President, Corporate Quality Assurance/Quality Control |

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Human Drug Manufacturer |

Preventative Maintenance Activities were not performed according to your SOP no. 211.58.07-00, "Preventative Maintenance Program" for the following:

Tablet Press Asset          - Missing          PMs for

Asset #

## OBSERVATION 9

Reserve samples from representative sample lots or batches of drug products selected by acceptable statistical procedures are not examined visually at least once a year for evidence of deterioration.

Specifically, there is no documented review/date of an annual review of the following bulk retention samples per your SOP no. 211.170.01-14 "Retained Sample Program" for the following products:

a. PhenaVent LA Capsules, lot no. 70370
b. KCl 750 mg ER Capsules, lot no. 70183
c. KCl 750 mg ER Capsules, lot no. 70182
d. KCl Cl, ER Capsules, lot no. 70179
e. Hyoscyamine ER 0.375 mg Capsule, lot no. 74062
f. KCl 750 mg ER Capsule, lot no. 74749
g. KCl 750 mg ER Capsule, lot no. 70178

| SEE REVERSE OF THIS PAGE | DATE ISSUED<br>03/26/2008 |
|---|---|

FORM FDA 443 (04/03)      PREVIOUS EDITION OBSOLETE      INSPECTIONAL OBSERVATIONS      PAGE 8 OF 9 PAGES

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | 01/30/2008 - 03/26/2008*<br><br>FEI NUMBER<br>1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:**  Jay S. Sawardeker, PhD, Vice-President, Corporate Quality
Assurance/Quality Control

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Human Drug Manufacturer |

**\* DATES OF INSPECTION:**
01/30/2008(Wed), 01/31/2008(Thu), 02/04/2008(Mon), 02/05/2008(Tue), 02/06/2008(Wed), 02/07/2008(Thu), 02/08/2008(Fri),
02/11/2008(Mon), 02/12/2008(Tue), 02/13/2008(Wed), 02/14/2008(Thu), 02/15/2008(Fri), 02/19/2008(Tue), 02/20/2008(Wed),
02/21/2008(Thu), 02/22/2008(Fri), 02/25/2008(Mon), 02/26/2008(Tue), 02/27/2008(Wed), 02/28/2008(Thu), 03/03/2008(Mon),
03/05/2008(Wed), 03/06/2008(Thu), 03/10/2008(Mon), 03/11/2008(Tue), 03/13/2008(Thu), 03/14/2008(Fri), 03/17/2008(Mon),
03/18/2008(Tue), 03/19/2008(Wed), 03/20/2008(Thu), 03/24/2008(Mon), 03/25/2008(Tue), 03/26/2008(Wed)

## FDA EMPLOYEES' NAMES, TITLES, AND SIGNATURES:

Michele Perry Williams, Investigator

Shanna R. Haden, Investigator

Erika V. Butler, Investigator

Kathleen B. Swat, Investigator

| | | DATE ISSUED |
|---|---|---|
| **SEE REVERSE OF THIS PAGE** | ENB | 03/26/2008 |

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | 08/19/2008 - 08/28/2008 |
| | FEI NUMBER |
| | 1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:  Rita E. Bleser, President, Pharma Division**

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Drug Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

**DURING AN INSPECTION OF YOUR FIRM I OBSERVED:**

### OBSERVATION 1

Investigations of an unexplained discrepancy did not extend to other batches of the same drug product:

Specifically,

    a.  The investigation initiated on date; 7/9/2008 for of the Out of Specification of the (b) (4) stability sample for Prednisolone Syrup, USP 15mg/5ml did not extend to any samples such as testing of retains, batch reviews, etc of the Prednisolone product already distributed on the market. The firm did not review any process changes, vendor changes, etc since the process validation of Prednisolone was performed.

    b.  The Nonconformance report #; 15600 stated (b) (4)
(b) (4)
(b) (4)          . The firm has on going stability data showing the decline of the potency of the product that does not support a (b) (4) expiration period.

    c.  The investigation of the firm regarding the Morphine Sulfate, 30 mg and 60 mg "oversized tablets" attributed one of the root causes to morphine sulfate granulation characteristics. The firm did not address this issue in their investigations and corrective actions.

### OBSERVATION 2

The written stability testing program is not followed.

Specifically,

    Stability lots are not being consistently tested within the (b) (4) time frame as defined in the SOP211.166.03-13, Step 7.4.1. These Example do not include all the implicated lot numbers from 2003 until present:

    Bulk Lot: 70747, manufactured: 1/24/06, (b) (4) pull date: (b) (4) test date: (b) (4)
(b) (4) pull date (4)     test date
pull date     test date

| SEE REVERSE<br>OF THIS PAGE | *(signature)* F. k | DATE ISSUED<br>08/28/2008 |
|---|---|---|

FORM FDA 483 (04/93)    PREVIOUS EDITION OBSOLETE    *INSPECTIONAL OBSERVATIONS*    PAGE 1 OF 3 PAGES

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100   Fax:(913) 752-2111 | 08/19/2008 - 08/28/2008 |
| | FEI NUMBER<br>1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Rita E. Bleser, President, Pharma Division

| FIRM NAME | STREET ADDRESS |
|---|---|
| KV Pharmaceutical Co Westport | 2303 Schuetz Rd |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Saint Louis, MO  63146-3411 | Drug Manufacturer |

(b) (4)   pull date: (b) , (b) (4)   test date: (b)
pull date: (4)   (b) (4)   test date: (b)

Bulk Lot: 72211, manufactured: 6/5/06; (b) (4)  pull date: (b)(4)   test date: (b)

Bulk Lot: 79791, manufactured: 2/28/07, (b) (4)  pull date: (b)(4)   test date: (b)

Bulk Lot: 76595, manufactured: 2/7/07, (b)(4)  pull date: (b)(4)   test date: (b)

---

**OBSERVATION 3**

Deviations from written test procedures are not recorded and justified.

Specifically,

SOP 211.160.21-12, Validation of Analytical Methods for Pharmaceutical Products requires Robustness to be performed in order to validate quantitative analytical methods used to test pharmaceutical products, including validation of high-pressure liquid chromatography (HPLC) methods, UV methods, etc. The firm has not performed robustness as part of the Analytical Validation of the Assay Methodology for Sucralfate Suspension, Report #: VA-964.

---

**OBSERVATION 4**

An NDA-Field Alert Report was not submitted within three working days of receipt of information concerning significant chemical, physical, or other change or deterioration in a distributed drug product.

Specifically,

The Stability Failure for Prednisolone Syrup, USP, 15mg/5ml, Lot No. 72211 of 16 oz bottle occured on 7/9/08. The firm performed a safety assessment on 7/25/08 and reported a field alert on 7/28/08 outside the 3 day time frame from the date of occurence.

---

| SEE REVERSE<br>OF THIS PAGE | *Fh* | DATE ISSUED<br>08/28/2008 |
|---|---|---|
| FORM FDA 483 (6/03) | PREVIOUS EDITION OBSOLETE     INSPECTIONAL OBSERVATIONS | PAGE 2 OF 3 PAGES |

TOTAL P.004

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
#### FOOD AND DRUG ADMINISTRATION

| | |
|---|---|
| DISTRICT ADDRESS AND PHONE NUMBER<br>11630 W. 80th Street<br>Lenexa, KS  66214<br>(913) 752-2100  Fax:(913) 752-2111 | DATE(S) OF INSPECTION<br>08/19/2008 - 08/28/2008<br>FEI NUMBER<br>1937079 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Rita E. Bleser, President, Pharma Division

| FIRM NAME<br>KV Pharmaceutical Co Westport | STREET ADDRESS<br>2303 Schuetz Rd |
|---|---|
| CITY, STATE, ZIP CODE, COUNTRY<br>Saint Louis, MO  63146-3411 | TYPE ESTABLISHMENT INSPECTED<br>Drug Manufacturer |

**FDA EMPLOYEE'S NAME, TITLE, AND SIGNATURE:**

Farhana Khan, Investigator

| SEE REVERSE<br>OF THIS PAGE | | DATE ISSUED<br>08/28/2008 |
|---|---|---|
| FORM FDA 483 (8/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 3 OF 3 PAGES |

SEP-01-2008  07:22         FDA                  9137522413  P.004