**MI WAITING**  PROMISED: 05:32p
03-28-2008                   03-28-2008
                             # Scripts: 08

CVS/pharmacy  #3758  Ph:352.596.1446   CUSTOMER RECEIPT
8204 CORTEZ BLVD
WEEKI WACHEE, FL
34613-0000



07 0301868 00 0000000

MILLER, JENNY              Date: 03-28-2008   DAW:0
        DOB: 06-18-1984    Rx: N 301868 00
OXYCODONE HCL 30 MG TABLET ETH
ETHEX CORP
TAKE 1 TABLET BY MOUTH 4 TIMES A DAY

NDC: 68177-0446-04  Days Supply: 30  Refills: 0  Qty: 120   TA
Prscbr: RODRIGUEZ, LUIS M                        PAY:   $.00
TP: 24100   GR: FY99994003201                          Caps: Y
AUTH#080885862105000999   PDP BN012833 PNMEDDPRIME

002105

# CVS/pharmacy
## Cares For You!

Join us once a month for a **FREE** health screening or event!

Pick up a schedule, which lists the screening type, date, and time at the pharmacy.

002103



Personal Emergency Response System

**FREE** Equipment   **FREE** Delivery   **EASY** Setup
*Minimal Monthly Service Fee*

Call 1-800-283-2300 for a FREE BROCHURE

www.MedicalAlertSystem.com

DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION
ALL OR BEFORE TAKING OTC DRUGS AS SOME MAY AFFECT THE ACTION OF THIS DRUG

MILLER, JENNY
Rx# N301868  Date: 03/28/2008
OXYCODONE HCL 30 MG TABLET ETH
Qty: 120
NDC: 58177-0446-04

MILLER, JENNY
Rx# 0301868 00
OXYCODONE HCL 30 MG TABLET ETH

RODRIGUEZ, LUIS M
7007 GROVE RD
BROOKSVILLE, FL 34609
Ph: 352.596.4300

Exhibit F

## CVS/pharmacy #3758   Ph:352.596.1446
3204 CORTEZ BLVD
BROOKSVILLE, FL
34613-0000
www.cvs.com

**MILLER, JENNY**

03-28-2008
Prescbr: RODRIGUEZ, LUIS M
Refills: 0

**PATIENT PRESCRIPTION INFORMATION**
IF YOU HAVE ANY QUESTIONS ABOUT YOUR MEDICATION, PLEASE CONTACT YOUR PHARMACIST:
B, HEATHER, RPh.

**OXYCODONE HCL 30 MG TABLET ETH**
ETHEX CORP
TAKE 1 TABLET BY MOUTH 4 TIMES A DAY

This is a WHITE, ROUND-shaped, TABLET imprinted with ETH on the front and 446 on the back.

**OXYCODONE - ORAL** (ox-ee-KOH-doan)

**COMMON BRAND NAME(S):** Oxylr, Percolone, Roxicodone

**USES:** This medication is used to treat moderate to severe pain. It acts on certain centers in the brain to give you pain relief. Oxycodone is a narcotic pain reliever (opiate-type).

**HOW TO USE:** Take this medication by mouth, usually every 4 to 6 hours, or as directed by your doctor. Follow your doctor's instructions exactly as prescribed. Your doctor may instruct you to take this medication only "as needed" for acute pain (e.g., pain after surgery) or on a regular schedule for chronic pain (e.g., cancer pain). If you are taking this medication only as needed for pain, remember to take it as the first signs of pain occur. If you wait until the pain has significantly worsened, the medication may not work as well. If you are using the oral liquid, use a specially marked medicine spoon or medicine cup to measure the correct amount of medication. Consult your pharmacist if you have any questions. If you have nausea, you may take this drug with food. If nausea persists or worsens, consult your doctor or pharmacist about alternatives for decreasing nausea (e.g., antihistamines, lying down for 1 to 2 hours with minimal head movement). The dosage is based on your medical condition, use of other pain medications, and response to therapy. Do not increase your dose without consulting your doctor or pharmacist. If so directed by your doctor, you may also take long-acting narcotic medications or use narcotic patches for chronic pain, in which case this medication might be used for "breakthrough" pain only as needed. Also follow your doctor's or pharmacist's instruction for the safe use of non-narcotic pain relievers (e.g., acetaminophen, ibuprofen). Ask your doctor or pharmacist about any questions regarding your treatment. This medication may cause dependence, especially if it has been used regularly for an extended period of time (more than a few weeks), or if it has been used in high doses. If you suddenly stop this drug, withdrawal reactions (e.g., anxiety, irritability, sweating, trouble sleeping, diarrhea) may occur. Report to your doctor or pharmacist promptly. To prevent constipation, maintain a diet adequate in fiber, drink plenty of water, and gradually reducing the dosage as directed will help prevent withdrawal reactions. Consult your doctor or pharmacist for more details. Though it is very unlikely to occur, this medication can also exercise. Consult your pharmacist for help in the use of a laxative (e.g., stimulant-type and stool softener). Remember that your doctor has prescribed this medication because he or she has judged result in abnormal drug-seeking behavior (addiction/habit-forming). Do not increase your dose, take it more frequently or use it for a longer period of time than prescribed. You should properly stop this medication when directed by your doctor. This will lessen the chances of becoming addicted. If you use this medication for an extended period of time, it may not be as effective and you will need a different dose. Talk with your doctor if you think this medication has stopped working well. Inform your doctor if your pain persists or worsens.

**SIDE EFFECTS:** Nausea, vomiting, constipation, mild itching, drowsiness, dry mouth, lightheadedness, loss of appetite, or weakness may occur. Some of these side effects may decrease after continued use of the medication. If any of these effects persist or worsen, notify your doctor or pharmacist promptly. To prevent constipation, maintain a diet adequate in fiber, drink plenty of water, and exercise. Consult your pharmacist for help in the use of a laxative (e.g., stimulant-type and stool softener). Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor or pharmacist immediately if any of these unlikely but serious side effects occur: slow/irregular/shallow breathing, dizziness upon standing, slow/fast/irregular heartbeats, mental/mood changes, uncontrolled muscle movements (tremors), vision changes. Tell your doctor immediately if any of these rare but very serious side effects occur: severe stomach/abdominal pain, change in the amount of urine, seizures. A very serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction may include: rash, itching, swelling, severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

**PRECAUTIONS:** Before taking this medication, tell your doctor or pharmacist if you are allergic to it; or to other narcotic pain relievers (e.g., codeine, hydrocodone); or if you have any other allergies. This medication should not be used if you have certain medical conditions. Before using this medicine, consult your doctor or pharmacist if you have: serious breathing problems (e.g., severe asthma, respiratory depression, hypercarbia), certain bowel diseases (e.g., paralytic ileus), intoxication with medications that depress the nervous system or your breathing (CNS/respiratory depressants such as alcohol or tranquilizers/sedatives). Before using this medication, tell your doctor or pharmacist your medical history, especially of: brain disorders (e.g., seizures, head injury, increased intracranial pressure), adrenal gland problem (e.g., Addison's disease), difficulty urinating (e.g., enlarged prostate, urethral stricture), personal or family history of regular use/abuse of drugs/alcohol/other substances, kidney or liver disease, heart problems (e.g., low blood pressure, irregular heartbeats), lung diseases (e.g., chronic obstructive pulmonary disease, hypoxia, hypercapnia), metabolic disorders (e.g., low sodium, dehydration), disease of the pancreas (e.g., pancreatitis), psychiatric problems (e.g., major depression, toxic psychosis), spinal problem (kyphoscoliosis), stomach/intestinal problems (e.g., gallbladder disease, severe diarrhea or constipation), underactive thyroid (hypothyroidism). This drug may make you dizzy or drowsy; do not drive or operate machinery until you know how this medication affects you. Avoid alcoholic beverages. To minimize dizziness and lightheadedness, get up slowly when rising from a seated or lying position. Tell your doctor or dentist you are taking this medication prior to having surgery. Caution is advised when using this drug in the elderly because they may be more sensitive to its side effects (e.g., slow/shallow breathing and drowsiness). This medication should be used only when clearly needed during pregnancy. It is not recommended for use near or at the time of delivery because of possible side effects in the newborn (e.g., slow/shallow breathing). Discuss the risks and benefits with your doctor. If you have been taking this medication regularly for an extended period of time or in high doses, do not suddenly stop taking it. Consult your doctor for further instructions. Infants born to mothers who have been using this medication, especially for newborn. This medication passes into breast milk and may have undesirable effects on a nursing infant. Breast-feeding while using this drug is not recommended. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:** Your healthcare professionals (e.g., doctor or pharmacist) may already be aware of any possible drug interactions and may be monitoring you for it. Do not start, stop or change the dosage of any medicine before checking with them first. This drug should not be used with the following medication because very serious interactions may occur: naltrexone. If you are currently using this medication listed above, tell your doctor or pharmacist before starting oxycodone. Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: other medications for pain (e.g., butorphanol, codeine, pentazocine, tramadol), anti-seizure drugs (e.g., carbamazepine, phenobarbital, anticholinergic medications (e.g., atropine, scopolamine), drugs affecting removal of oxycodone from your body (e.g., cimetidine, SSRI antidepressants such as fluoxetine), drugs that lower blood pressure (e.g., diuretics such as hydrochlorothiazide, furosemide), MAO inhibitors (e.g., furazolidone, isocarboxazid, linezolid, phenelzine, procarbazine, selegiline, tranylcypromine), muscle relaxants (e.g., carisoprodol, methocarbamol), pyridostigmine, sodium oxybate. Tell your doctor or pharmacist if you also take drugs that cause drowsiness such as: antihistamines that cause drowsiness (e.g., diphenhydramine), anti-anxiety drugs (e.g., diazepam), medicine for sleep (e.g., zolpidem), psychiatric medicines (e.g., phenothiazines such as chlorpromazine, or tricyclic antidepressants such as amitriptyline), tranquilizers. Check the labels on all your medicines (e.g., cough-and-cold products) because they may contain drowsiness-causing ingredients. Ask your

**IMPORTANT DISCLAIMER:** The side effects listed above are not all of the possible risks that could be caused by this medication. For further information, please consult with your physician about the uses, precautions and risks of the medication specific to your health. This information is obtained from First DataBank for use as an educational aid.

**Keep Out of Reach of Children**

For faster refills, phone in advance hours in advance

CVS Item#
715078